

Dennis J. Hawk (SBN 130731)
Business Law Group
3100 Donald Douglas Loop N.
Santa Monica, CA 90405
Tel: (310) 664-8000
Email: dennis@dhwk.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re Subpoena to                )
Plant Tiftnet, Inc.              )       14-mc-397
                                 )

### DECLARATION PURSUANT TO 17 U.S.C. § 512(h)

I, Dennis J. Hawk, the undersigned, declare that:

1.      I am an attorney licensed to practice law in the State of California and am associated with

Business Law Group ("Business Law Group"), counsel for Rightscorp, Inc. ("Rightscorp"), a

representative of various copyright owners. Business Law Group is authorized to act on behalf of

Rightscorp and the copyright owners it represents on matters involving the infringement of their

copyrighted sound recordings. This declaration is made in support of the accompanying Subpoena,

pursuant to 17 U.S.C. § 512(h)(2)(C).

2.      The purpose of the accompanying Subpoena is to obtain the identity of the alleged

copyright infringers who are identified at the Internet Protocol addresses in the notices contained in

Exhibit A to the subpoena. The information obtained will be used only for the purpose of protecting the

rights granted to our client and the copyright owners our client represents under Title 17 of the United

States Code.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on June 6, 2014.

Dennis. J. Hawk