Dennis J. Hawk (SBN 130731)
Business Law Group
3100 Donald Douglas Loop N.
Santa Monica, CA 90405
Tel: (310) 664-8000
Email: dennis@dhwk.com



# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

14-mc-397

| | |
|---|---|
| In re Subpoena to Plant Tiftnet, Inc. | Notice of Lodging of Summary Spreadsheet and DMCA Notifications |

Documents attached to the cd include:

1. Excel Summary Spreadsheet

2. Notices from April 2, 2014 to June 2, 2014

Executed on    June 6, 2014

_____
Dennis J. Hawk

Dennis J. Hawk (SBN 130731)
Business Law Group
3100 Donald Douglas Loop N.
Santa Monica, CA 90405
Tel: (310) 664-8000
Email: dennis@dhwk.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Subpoena to Plant Tiftnet, Inc. | Exhibit A   14-mc-397 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

☐ **VOLUMINOUS DOCUMENT**

☑ **CD, VIDEO, PHOTOS, OTHER, ETC.**

**AVAILABLE IN THE RECORDS**

**SECTION OF THE CLERK'S**

**OFFICE FOR PUBLIC VIEWING**

G–114 (02/09)   VOLUMINOUS DOCUMENT OR NON DOCUMENT ITEM FOR PUBLIC VIEWING